# Court of Appeals
# of the State of Georgia

ATLANTA,  December 01, 2020

*The Court of Appeals hereby passes the following order:*

**A21A0509, A21A0510. VICTOR WRIGHT v. THE STATE.**

After the trial court revoked Victor Wright's probation in two criminal cases, Wright filed these direct appeals. We, however, lack jurisdiction.

Because the underlying subject matter of these appeals is the revocation of Wright's probation, he was required to file applications for discretionary appeal in order to obtain appellate review. See OCGA § 5-6-35 (a) (5); *White v. State*, 233 Ga. App. 873 (505 SE2d 228) (1998). We lack jurisdiction over these direct appeals, which are therefore DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  12/01/2020*
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*